UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

SUNVALLEYTEK INTERNATIONL, INC.

                                        Plaintiff,

v.                                            SUMMONS

THE UNITED STATES,

                                   Defendant.          Court No. 17-00285

**TO:** The Attorney General and the Secretary of the Treasury:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C.§1581(a) to contest denial of the protests specified below (and the protests listed in the attached schedule).



/s/ Tina Potuto Kimble

Clerk of the Court

### PROTEST

| Port of Entry: | Los Angeles, etc. | Date Protest Filed: | March 8, 2017, etc. |
|---|---|---|---|
| Protest Number: | 2704-17-102301, etc. | Date Protest Denied: | July 10, 2017 |
| Importer: | Sunvalleytek | | |
| Category of Merchandise: | Battery Chargers | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Re-Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| UPS-3963327-6, etc. | 11-11-15, etc. | 9-9-16, etc. | | | |
| | | | | | |
| (See Attached Schedule of Additional Protests) | | | | | |
| | | | | | |

Port Director,
U.S. CUSTOMS AND BORDER PROTECTION
301 EAST OCEAN BOULEVARD, SUITE 900
LONG BEACH, CA 90802

Address of Customs Port in Which Protest Was Denied

Elon A. Pollack, Esq.
STEIN SHOSTAK SHOSTAK POLLACK & O'HARA
865 S. FIGUEROA ST., STE. 1388
LOS ANGELES, CA 90017
TEL: (213) 630-8888

Name, Address and Telephone Number of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| APPRAISED VALUE OF MERCHANDISE | |
|---|---|
| STATUTORY BASIS | STATEMENT OF VALUE |
| Appraised: | | |
| Protest Claim: | | |

| CLASSIFICATION, RATE OR AMOUNT | | | | |
|---|---|---|---|---|
| | ASSESSED | | PROTEST CLAIM | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

| OTHER |
|---|
| State specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:<br><br>Whether the imported battery chargers are outside the scope of the antidumping and countervailing duty order applicable to solar panels from China and whether the charges are eligible for transaction value at the first sale price. |
| The issue which was common to all such denied protests: |

Every denied protest included in this civil action, was filed by the same above-named importer, or by an authorized person on the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Elon A. Pollack<br>
Signature of Plaintiff's Attorney<br><br>
December 22, 2017<br>
Date

## SCHEDULE OF PROTESTS

Erlanger, KY
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Re-Liquidation |
|---|---|---|---|---|---|
| 4102-17-100671 | 3-15-17 | 7-10-17 | 231-6561529-9 | 8-27-15 | 9-9-16 |
| 4102-17-100671 | 3-15-17 | 7-10-17 | 231-6564080-0 | 10-8-15 | 9-9-16 |

Port Director
U.S. CUSTOMS & BORDER PROTECTION
3938 OLYMPIC BLVD.
ERLANGER, KY 41018

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

# SCHEDULE OF PROTESTS

Louisville
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Re-Liquidation |
|---|---|---|---|---|---|
| 4196-17-100870 | 3-08-17 | 7-10-17 | UPS-2545426-5 | 8-19-15 | 9-9-16 |
| 4196-17-100870 | 3-08-17 | 7-10-17 | UPS-3080210-2 | 9-23-15 | 9-9-16 |
| 4196-17-100870 | 3-08-17 | 7-10-17 | UPS-3272793-5 | 10-05-15 | 9-9-16 |
| 4196-17-100870 | 3-08-17 | 7-10-17 | UPS-4285930-6 | 12-04-15 | 9-9-16 |
| 4196-17-100870 | 3-08-17 | 7-10-17 | UPS-4285907-4 | 12-04-15 | 9-9-16 |

Port Director
U.S. CUSTOMS & BORDER PROTECTION
6747 ENGLE ROAD
MIDDLEBURG HEIGHTS, OH 44130

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.