**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

## DISCLOSURE OF CORPORATE AFFILIATION AND FINANCIAL INTEREST

This notification is submitted by <u>Stein Shostak Shostak Pollack & O'Hara, LLP</u>
(Name of attorney of record)
on behalf of <u>Sunvalleytek Internatinal, Inc.</u> in
the matter of <u>Sunvalleytek International Inc.  vs. The United States</u>
Court No. <u>17-00285</u>.

    1.  If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

    N/A

    2.  Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest.  If not, identify below the real party in interest.

    3.  If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

    N/A

    /s/ Elon A. Pollack                  December 22, 2017
       (Signature of Attorney)                        (Date)