**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

| | |
|---|---|
| SUNVALLEYTEK INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 17-00285 |

## CONSENT MOTION TO ALTER, AMEND, CORRECT SUMMONS

Pursuant to USCIT Rule 7, Plaintiff Sunvalleytek International, Inc. brings this motion to correct its summons filed on December 22, 2017. In the summons, Plaintiff inadvertently misspelled the name of Plaintiff's company in the caption and mistakenly included the signature of the former Clerk of the Court. These mistakes need to be corrected. Attached to this motion is a corrected summons. Plaintiff requests that the Court replace the original summons with the corrected summons. Plaintiff's counsel requested Defendant's consent to this motion. Defendant consented. Accordingly, Plaintiff requests that the Court grant this motion to alter, amend, correct the summons.

Dated: January 8, 2018                                Respectfully Submitted,

By:_____/s/ Elon A. Pollack_____
Elon A. Pollack, Esq.
STEIN SHOSTAK POLLACK & O'HARA
Attorney for Plaintiff
865 South Figueroa Street, Suite 1388
Los Angeles, California 90017
Telephone: (213) 630-8888
Fax: (213) 630-8890
E-Mail: elon@steinshostak.com

| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 1 |
|---|---|

SUNVALLEYTEK INTERNATIONAL, INC.

                                Plaintiff,

                    v.

THE UNITED STATES,

                               Defendant.

**SUMMONS**

Court No. 17-00285

**TO:** The Attorney General and the Secretary of the Treasury:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C.§1581(a) to contest denial of the protests specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano

_____
Clerk of the Court

### PROTEST

| Port of Entry: | Los Angeles, etc. | Date Protest Filed: | March 8, 2017, etc. |
|---|---|---|---|
| Protest Number: | 2704-17-102301, etc. | Date Protest Denied: | July 10, 2017 |
| Importer: | Sunvalleytek | | |
| Category of Merchandise: | Battery Chargers | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Re-Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| UPS-3963327-6, etc. | 11-11-15, etc. | 9-9-16, etc. | | | |
| | | | | | |
| (See Attached Schedule of Additional Protests) | | | | | |
| | | | | | |

Port Director,
U.S. CUSTOMS AND BORDER PROTECTION
301 EAST OCEAN BOULEVARD, SUITE 900
LONG BEACH, CA 90802

Elon A. Pollack, Esq.
STEIN SHOSTAK SHOSTAK POLLACK & O'HARA
865 S. FIGUEROA ST., STE. 1388
LOS ANGELES, CA 90017
TEL: (213) 630-8888

Address of Customs Port in Which Protest Was Denied           Name, Address and Telephone Number of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| APPRESIED VALUE OF MERCHANDISE | | |
|---|---|---|
| | STATUTORY BASIS | STATEMENT OF VALUE |
| Appraised: | | |
| Protest Claim: | | |

| CLASSIFICATION, RATE OR AMOUNT | | | | |
|---|---|---|---|---|
| | ASSESSED | | PROTEST CLAIM | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

| OTHER |
|---|
| State specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: <br><br> Whether the imported battery chargers are outside the scope of the antidumping and countervailing duty order applicable to solar panels from China and whether the charges are eligible for transaction value at the first sale price. |
| The issue which was common to all such denied protests: |

Every denied protest included in this civil action, was filed by the same above-named importer, or by an authorized person on the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Elon A. Pollack
Signature of Plaintiff's Attorney

December 22, 2017
Date

**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

| | |
|---|---|
| SUNVALLEYTEK INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 17-00285 |

# [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion to Alter, Amend, Correct the Summons, and all other papers filed in this action, and upon due deliberation, it is hereby

ORDERED that Plaintiff's motion is granted.

_____
JUDGE

Dated: New York, New York

_____, 2018