**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: UNASSIGNED

| | |
|---|---|
| SUNVALLEYTEK INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 17-00285 |

## [~~PROPOSED~~] ORDER

Upon consideration of Plaintiff's Consent Motion to Alter, Amend, Correct the Summons, and all other papers filed in this action, and upon due deliberation, it is hereby

ORDERED that Plaintiff's motion is granted.

/S/   Mark A. Barnett
       JUDGE

Dated: New York, New York
       January 8, 2018